# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:19-CV-195-RJC-DCK

| | |
|---|---|
| SOFTWARE PRICING PARTNERS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| JAMES H. GEISMAN, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Consolidate Motions To Dismiss And For A Joint Briefing Schedule" (Document No. 23) filed June 21, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Consolidate Motions To Dismiss And For A Joint Briefing Schedule" (Document No. 23) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall have up to and including **June 28, 2019** to file a response to the pending motions to dismiss, and Defendant shall have up to and including **July 5, 2019** to file a reply brief in support of his motions to dismiss.

**SO ORDERED**.

Signed: June 24, 2019

David C. Keesler
United States Magistrate Judge